1  HOWARD MOORE, JR.
   JANE B. MOORE, SB# 72000
2  MOORE & MOORE
   445 BELLEVUE AVE., 2ND FLOOR
3  OAKLAND, CALIFORNIA 94610
   Telephone: (510) 451-0104
4  Facsimile: (510) 451-5056

5  Attorneys for Plaintiff,
   ANDREA CHRISTIAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

*E-FIELD - 11/21/05*

| | |
|---|---|
| ANDREA Z. CHRISTIAN, <br><br> PLAINTIFF <br><br> VS. <br><br> LUCILLE PACKARD CHILDREN'S HOSPITAL, <br><br> Defendant. | CASE NO. C04-2744 RMW <br> DECLARATION, STIPULATION, AND ORDER EXTENDING TIME FOR FILING THE OPPOSITION AND REPLY AND FOR HEARING THE MOTION FOR SUMMARY JUDGMENT <br><br> <u>PRESENT TIME FOR MOTION</u> <br> Date:   December 2, 2005 <br> Time:   9:00 a.m. <br> Crtrm.: 6 <br> Judge:  Hon. Ronald M. Whyte |

**DECLARATION OF JANE B. MOORE**

I, JANE B. MOORE, hereby declare:

1. I am the attorney for the Plaintiff in this case, Andrea Z. Christian. I am the attorney responsible for opposing the motion for summary judgment.

2. I am requesting an extension of time to respond to the motion. I am requesting that

Christian v. Lucille Packard Children's Hosp., Case No. C04-2744 RMW
Plaintiff's Declaration, Stipulation and Order Requesting An Extension of Time

1

1  my opposition be due on November 18, a week after the current due date of November 11.
2  Defendant's reply would then be due on November 25rd.  December 9th, with permission from
3  the court,  would then be the date for the hearing for the motion.
4      3.   I am unable to meet that deadline because of two (2) events:
5      a. During the weekend of October 29, when I would have been first reviewing and then
6  outlining my opposition, I was ill with some type of flu.   I was unable to begin work on my
7  opposition.
8      b. Additionally, I was in an automobile accident on October 22.  I have soft tissue
9  injuries as a result.  I cannot sit for long periods of time, and I am required to spend time in
10  treatment.   Both of these factors result in my taking longer to complete my work.
11      4. I have provided this declaration to Mr.  Laurenson, the attorney for the plaintiff.
12      I declare under penalty of perjury that the above declaration is true and correct and is
13  based upon my personal knowledge.  Executed in Berkeley, California.
14
15  Date: _November 9, 2005       _____/s/_____
16                                                            JANE B.  MOORE,
                                                           Attorney for Plaintiff
17
18  ///
19
20
21  ///
22
23
24  ///
25
26
27  Christian v.  Lucille Packard Children's Hosp., Case No.  C04-2744 RMW
    Plaintiff's Declaration, Stipulation and Order Requesting An Extension of Time
28                                                                                                                                    2

1  ///

6  **<u>STIPULATION</u>**

Pursuant to FRCivP 6 and Civil L.R. 6-1, 6-2, and 7-12, the parties stipulate, and the Court hereby orders, as follows:

1. Plaintiff has until November 18 to file her opposition to the motion for summary judgment;

2. Defendant has until November 25 to file his reply to Plaintiff's opposition;

3. December 9, at 9:00 a.m., is the date and time for the hearing on Defendant's motion for summary judgment.

Dated: November 9, 2005 \_\_\_\_\_/s/_____
Michael A. Laurenson,
Attorney for Defendant

Dated: November 9, 2005 \_\_\_\_\_/s/_____
Jane B. Moore
Attorney for Plaintiff

Christian v. Lucille Packard Children's Hosp., Case No. C04-2744 RMW
Plaintiff's Declaration, Stipulation and Order Requesting An Extension of Time

3

1 | ORDER

4 | THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

8 | Dated: __11/21/05__          /S/ RONALD M. WHYTE
                                 _____
                                 Ronald M. Whyte,
                                 U.S. District Court Judge

27 | Christian v. Lucille Packard Children's Hosp., Case No. C04-2744 RMW
Plaintiff's Declaration, Stipulation and Order Requesting An Extension of Time

28 | 4